# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                               NO.   4:01CR00125-004 SWW

ANTHONY DURHAM DICKERSON

### ORDER

The defendant previously was sentenced to a term of imprisonment followed by four years of supervised release in this matter.  Now before the Court is defendant's *pro se* motion requesting that the remainder of his term of supervised release previously imposed be terminated.  The U. S. Probation Office in the Eastern District of Arkansas has advised the Court that defendant completed a program as recently as May, 2006, for domestic violence counseling following an altercation with his now ex-wife.  Defendant has not stated a sufficient reason for early termination of his supervised release.  Therefore, defendant's motion will be denied.

IT IS THEREFORE ORDERED that defendant's motion for early termination of his supervised release hereby is denied.

Dated this 24th day of October, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE