# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                      NO. 4:01CR00125-004 SWW

ANTHONY DURHAM DICKERSON

### ORDER

The above entitled cause came on for hearing on petition to revoke the supervised released previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of the preponderance of the evidence, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of TWELVE (12) MONTHS AND ONE (1) DAY in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in the facility located in Forrest City, Arkansas, and that he complete domestic violence and/or anger management counseling during incarceration.

Upon release from imprisonment, defendant shall serve a term of supervised release of FIFTEEN (15) MONTHS, to be on the same terms and conditions as previously ordered in this matter. In addition, defendant shall participate in domestic violence and anger management programs under the guidance and supervision of the U. S. Probation Office.

All other terms and conditions of defendant's previously imposed sentence remain in full force and effect.

The defendant is remanded to the custody of the U. S. Marshal to immediately begin service of the sentence imposed in this matter.

IT IS SO ORDERED this 13th day of March, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE